May 14th 2024

To the Honorable Judge Rubin,

My name is Elias Costances, your Honor I just recieved this letter dated April 22nd about correcting the summons. I am mailing this on the last day. Can you please allow me a seven (7) day extension so that I am able to complete the summons properly.

Respectfully,

Elias Costan,

Costances v. Department of Justice et al

1:24-CV-00374-JRR

FILED _____ ENTERED
LOGGED _____ RECEIVED
MAY 17 2024
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY